UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

Case No.  5:23-CV-00653-JLS-BFM                                  Date: May 31, 2023
Title: Jose Luis Lopez-Galindo

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

Not Present                                                      Not Present

**Proceedings:**     (In Chambers) ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT ORDER

On April 18, 2023, the Court advised Plaintiff of additional action he would be required to take before the Court could rule on his request to proceed without prepayment of filing fees.  (Doc. 4.)  Plaintiff was advised that the failure to take that action within thirty days would result in the dismissal of his Complaint.  (*Id.*)

Plaintiff failed to take the required action.  Therefore, the Court hereby dismisses Plaintiff's Complaint.

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  vrv